IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH BYRGE & LAURIE BYRGE** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 2018 cv 3267 |
| | ) | |
| -v- | ) | Hon. Charles P. Kocoras |
| | ) | |
| **ELLIOT HALSEY & HALSEY LAW P.C.,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COME the Defendants, Elliot Halsey ("Halsey") and Halsey Law P.C. (the "Corporation") by and through their attorneys, The Tracy Firm, Ltd., and respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an entry of an order: (a) dismissing Counts II, III, IV and VI of the Complaint with prejudice; and (b) dismissing Defendant Halsey in his individual capacity from all Counts with prejudice. Support for this Motion is set forth more fully in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully moves this Court for the relief requested herein and such other relief this Court deems just and necessary.

Dated: June 18, 2018

Respectfully submitted,

ELLIOT HALSEY &
HALSEY LAW PC

/s/ Adam S. Tracy
_____
By Their Attorney

Adam S. Tracy

(ARDC #6287552)
The Tracy Firm Ltd.
141 W. Jackson Blvd.
Suite 2172
Chicago, IL 60604
312.754.9499 Tel.
630.689.9471 Fax
at@tracyfirm.com